# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 23-3784

_____

Robert Schiradelly

Petitioner - Appellant

v.

Attorney General for the State of South Dakota; Warden Teresa L. Bittinger

Respondents - Appellees

------

Appeal from U.S. District Court for the District of South Dakota - Southern
(4:23-cv-04072-LLP)

------

**JUDGMENT**

Before COLLOTON, BENTON, and GRASZ, Circuit Judges.

This appeal comes before the court on appellant's application for a certificate of appealability. The court has carefully reviewed the original file of the district court, and the application for a certificate of appealability is denied.  The appeal is dismissed.

February 20, 2024

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
         /s/ Michael E. Gans